In the Matter of THE VILLAGE OF TUPPER LAKE, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.

Argued June 6, 1940; decided July 24, 1940.

*Gay H. Brown, John T. Ryan* and *Porter L. Merriman* for appellants.

*Harold H. McBride* for respondent.

Appeal dismissed, with costs, on the ground the order is not final. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.